177 A.3d 109

DAVID L. FELIX AND LUIS M. FELIX, PLAINTIFFS–RESPON-
DENTS, v. VOLKSWAGEN GROUP OF AMERICA, INC., DE-
FENDANT–MOVANT, AND JACK DANIELS VOLKSWAGEN,
DEFENDANT. EDUARDO DEANG, PLAINTIFF, v. VOLKS-
WAGEN GROUP OF AMERICA, INC., DEFENDANT–MOVANT,
AND JACK DANIELS VOLKSWAGEN, DEFENDANT.

M–386 September Term 2017
079897

December 8, 2017

## ORDER

It is ORDERED that the motion for leave to appeal is denied.

177 A.3d 109

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CARLIA M. BRADY, DEFENDANT–MOVANT.

M–428 September Term 2017
080201

December 8, 2017

## ORDER

It is ORDERED that the motion for leave to appeal is denied;
and it is further

ORDERED that the trial be conducted forthwith.